FILED

04/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0019

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SACRAMENTO JUAN DOMINGUEZ JR.,

      Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 22, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2024